SEALED

1  BENJAMIN B. WAGNER
   United States Attorney
2  MICHAEL D. McCOY
   Assistant U.S. Attorney
3  501 I Street, Suite 10-100
   Sacramento, California  95814
4  Telephone: (916) 554-2700

**FILED**

MAR 2 6 2013

CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____
         DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| IN THE MATTER OF THE SEARCH OF: | S.W. NO. 2:13-SW-186 AC |
|---|---|
| USPS EXPRESS MAIL PARCEL, ADDRESSED TO "Alexis Lopez, P.O. Box 6279, Stockton, CA 95206," WITH A RETURN ADDRESS OF "Peter Greiss, 6196 Deer Ridge Trl, Springfield, CA 22150" | ORDER RE: REQUEST TO SEAL DOCUMENTS |

Upon application of the United States of America and good cause having been shown,

IT IS HEREBY ORDERED that the search warrant and search warrant affidavit underlying the search warrant in the above-captioned proceeding shall be filed under seal and shall not be disclosed to any person unless otherwise ordered by this Court, with the exception that a copy of the search warrant will be left at the scene of the search.

Date: March 26, 2013

ALLISON CLAIRE
United States Magistrate Judge
Eastern District of California

1